No. 98–5011. AMER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–5012. WITT v. ROADWAY EXPRESS ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–5013. MURILLO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–5014. LOVE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5015. JENNINGS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5016. MORLEY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 98–5017. JOHNSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5018. KRUEGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5019. SERRANO v. LINDSEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5020. O'BRYANT v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 98–5022. POWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5023. ROBERTSON v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 98–5024. SCHUBERT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5025. PIGGOTT v. UNITED STATES; and
No. 98–5171. MOYE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: No. 98–5025, 141 F. 3d 394; No. 98–5171, 131 F. 3d 132 and 141 F. 3d 394.